JOSEPH J. HASKEL, Doing Business as G & H WASHING MACHINE SERVICE, Respondent, v. JAXOMATIC, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van ·Voorhis, JJ.

MINERVA SHERMAN, as Administratrix of the Estate of WILLIAM SHERMAN, Deceased, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Defendant, and HAROLD FRIEDLANDER, Appellant.— Both causes of action are essentially to reach and determine the distribution of the proceeds of a life insurance policy. As a pleading, which is all that is involved in the motion, they are sufficient. The relief which may be given is not a question we are required to pass upon. Order unanimously affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

JUSTIN N. FELDMAN et al., Copartners Doing Business as BRADSPIES & FELDMAN, Appellants, v. FRANCIS W. LA FARGE, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

GUSSIE BRUMBERGER et al., Appellants, v. ARTHUR SOTNIK et al., Respondents. —Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

FLORENCE M. HALSTEAD, as Sole Surviving Executrix of JULIA E. HALL, Deceased, et al., Appellants, v. PASQUALE COLABELLA et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

IRVING R. BOODY & Co., INC., Appellant, v. MARTIN E. WOLIN, LIMITED, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [Order denied plaintiff's motion for summary judgment.]

IRVING R. BOODY & Co., INC., Respondent, v. MARTIN E. WOLIN, LIMITED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [Order denied defendant's cross motion for summary judgment.]

RACHEL LEVINE, Appellant, v. LOUIS LEVINE, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *post*, p. 683.]